SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JAMES A. KILCUP, OSB #173891**
Assistant United States Attorney
James.Kilcup@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00099-001-MO** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **DAVID JULIAN HANSEN,** | |
| **Defendant.** | |

## I. Introduction

Defendant transported a kilogram of cocaine from Los Angeles, California to the Portland area. Defendant should receive the 60-month term of imprisonment mandated by law.

## II. Factual Background

*Offense Conduct*. In March 2026, law enforcement learned from a confidential source that defendant would be purchasing a kilogram of cocaine in Los Angeles, California. On March

26, 2026, law enforcement learned that defendant had purchased the cocaine and was transporting the cocaine by car to Portland, Oregon.

That day, defendant was stopped by police traveling north on I-5 near Woodburn, Oregon. After being read his Miranda rights and consenting to a search of his vehicle, defendant admitted that he had a kilogram of cocaine that he had purchased for approximately $15,000. Defendant was taken into custody.

*The Charges and Plea Agreement*. Defendant was charged in a single-count indictment of violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii). On August 24, 2026, defendant pled guilty to that charge.

Under the parties' plea agreement, defendant and the United States agreed that defendant's base offense level was 24. (ECF 22 § 7). The United States agreed to recommend a three-level downward adjustment for acceptance of responsibility under USSG §3E1.1, so long as the defendant continued to demonstrate acceptance of responsibility. (*Id.* § 9). The United States agreed to recommend a sentence of 60 months of imprisonment, followed by four years of supervised release. Defendant is free to argue for any lawful sentence.

## III. The Guidelines and the PSR

The United States has no objection to the guidelines calculation performed in the PSR.

## IV. The United States' Recommended Sentence

The defendant's criminal offense requires a mandatory minimum sentence of 60-months' imprisonment. This sentence is sufficient, but not greater than necessary, to comply with the purposes of sentencing set forth in § 3553(a). It appropriately reflects the seriousness of the offense, promotes respect for the law, and ensures that others will be dissuaded from engaging in similar conduct.

**V. Conclusion**

Based on the foregoing, the government recommends that this Court impose a sentence of 60 months, to be followed by a four-year term of supervised release subject to the conditions of supervision recommended in the PSR.

Dated: November 11, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*<u>/s/ James A. Kilcup</u>*
JAMES A. KILCUP, OSB #173891
Assistant United States Attorney